Liza M. Walsh
Christine I. Gannon
**CONNELL FOLEY LLP**
85 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 535-0500

Steven A. Maddox (To be Admitted *Pro Hac Vice*)
Jeremy J. Edwards (To be Admitted *Pro Hac Vice*)
**MADDOX EDWARDS PLLC**
1900 K Street, N.W., Suite 725
Washington, DC 20006
Telephone: (202) 830-0707

*Attorneys for Defendants,*
Andrx Labs, LLC, Andrx Corporation, and
Actavis, Inc.

RECEIVED

MAR - 9 2015

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB,<br>AKTIEBOLAGET HÄSSLE,<br>ASTRAZENECA LP, and ZENECA<br>INC.<br><br>Plaintiffs,<br><br>v.<br><br>ANDRX LABS, LLC, ANDRX<br>CORPORATION, and ACTAVIS, INC.,<br><br>Defendants.<br>_____<br><br>ANDRX LABS, LLC<br><br>Counterclaimant,<br><br>v.<br><br>ASTRAZENECA AB,<br>AKTIEBOLAGET HÄSSLE, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 3:14-cv-08030-MLC-TJB<br><br>**CONSENT ORDER GRANTING**<br>***PRO HAC***<br>***VICE* ADMISSION**<br><br><br>*Electronically Filed* |

3321772-3

ASTRAZENECA LP, and ZENECA )
INC. )
 )
  Counterclaim Defendants. )
 )
 )

  **THIS MATTER** having been opened to the Court by Connell Foley LLP, counsel for

Defendants, Andrx Labs, LLC, Andrx Corporation, and Actavis, Inc. ("Defendants"), upon

application on consent for the entry of an Order admitting *pro hac vice* Steven A. Maddox and

Jeremy J. Edwards of the law firm Maddox Edwards PLLC as counsel for Actavis; and Plaintiffs

having consented to said application; and the Court having considered all papers filed in support

of said application; and for good cause having been shown;

  **IT IS** on this <u>9th</u> day of <u>March</u>, 2015,

  **ORDERED** that Defendants' application on consent for the *pro hac vice* admissions of

Steven A. Maddox and Jeremy J. Edwards as counsel for Actavis is hereby **GRANTED**; and it is

further

  **ORDERED** that Steven A. Maddox and Jeremy J. Edwards are hereby admitted *pro hac*

*vice* pursuant to Local Civil Rule 101.1 for the sole purpose of entering an appearance on behalf

of Defendants in this matter; and it is further

  **ORDERED** that Steven A. Maddox and Jeremy J. Edwards shall abide by the

disciplinary rules of this Court; and it is further

  **ORDERED** that Steven A. Maddox and Jeremy J. Edwards, for the duration of the time

that they serve as counsel *pro hac vice* in this matter, make annual payments to the New Jersey

Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall

pay the sum of $150.00 to the Clerk of the United States District Court in accordance with Local

Civil Rule 101.1(c)(3); and it is further

3321772-3

**ORDERED** that Steven A. Maddox and Jeremy J. Edwards shall notify the Court immediately of any disciplinary matter affecting their standing at the bar of any jurisdiction; and it is further

**ORDERED** that Steven A. Maddox and Jeremy J. Edwards shall have all pleadings, briefs and other papers filed with the Court in this matter signed by Liza M. Walsh or her partners or associates as the attorneys of record in this matter pursuant to Local Civil Rule 101.1(c)(3).

**SO ORDERED.**

Tonianne J. Bongiovanni, U.S.M.J.

3321772-3