Liza M. Walsh
Christine I. Gannon
**CONNELL FOLEY LLP**
85 Livingston Avenue
Roseland, New Jersey 07068
Telephone:  (973) 535-0500
Facsimile:  (973) 535-9217
lwalsh@connellfoley.com
cgannon@connellfoley.com

Steven A. Maddox
Jeremy J. Edwards
**MADDOX EDWARDS PLLC**
1900 K Street, N.W., Suite 725
Washington, DC  20006
Telephone:  (202) 830-0707
smaddox@meiplaw.com
jedwards@meiplaw.com

*Attorneys for Defendants,*
Andrx Labs, LLC, Andrx Corporation, and
Actavis, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE, ASTRAZENECA LP, and ZENECA INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ANDRX LABS, LLC, ANDRX CORPORATION, and ACTAVIS, INC.,<br><br>Defendants.<br>_____<br><br>ANDRX LABS, LLC<br><br>Counterclaimant, | Civil Action No.:  3:14-cv-08030-MLC-TJB<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**<br><br>*Electronically Filed* |

3347064-1

|  |  |
|---|---|
| v. | ) |
|  | ) |
| ASTRAZENECA AB, | ) |
| AKTIEBOLAGET HÄSSLE, | ) |
| ASTRAZENECA LP, and ZENECA | ) |
| INC. | ) |
|  | ) |
| Counterclaim Defendants. | ) |
|  | ) |
|  | ) |

_____

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Andrx Labs, LLC, Andrx Corporation and Actavis, Inc. hereby state the following:

Andrx Labs, LLC is a wholly-owned subsidiary of Andrx Corporation, which is a wholly-owned subsidiary of Actavis, Inc.

Actavis, Inc. is a wholly-owned subsidiary of Actavis plc, a publicly traded Irish company.  Actavis plc has no parent corporation.

                                                           CONNELL FOLEY LLP

Dated: March 9, 2015                              By:   *s/ Liza M. Walsh*
                                                                               Liza M. Walsh