UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HASSLE, ASTRAZENECA LP, and ZENECA INC.,<br><br>    Plaintiffs,<br><br> v.<br><br>ACTAVIS LABORATORIES FL, INC., AND ACTAVIS PHARMA, INC.,<br><br>    Defendants. | Civil Action No. 3:14-cv-07263-MLC-TJB |
| ASTRAZENECA ABAKTIEBOLAGET HASSLE, ASTRAZENECA LP, and ZENECA INC.,<br><br>    Plaintiffs,<br><br> v.<br><br>ANDRX LABS, LLC., ANDRX CORPORATION, and ACTAVIS, INC.,<br><br>    Defendants. | Civil Action No. 3:14-cv-08030-MLC-TJB |
| ASTRAZENECA AB, AKTIEBOLAGET HASSLE, ASTRAZENECA LP, and ZENECA INC.,<br><br>    Plaintiffs,<br><br> v.<br><br>PERRIGO COMPANY PLC, PERRIGO COMPANY, L. PERRIGO COMPANY, and PADDOCK LABORATORIES, LLC,<br><br>    Defendants. | Civil Action No. 3:15-cv-01057-MLC-TJB |

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Pursuant to the Scheduling Orders entered in the above captioned cases and Local Patent Rule 4.3, Plaintiffs AstraZeneca AB, Aktiebolaget Hassle, AstraZeneca LP, and Zeneca, Inc. (collectively, "Plaintiffs" or "AstraZeneca"); Defendants Actavis Laboratories FL, Inc., Actavis Pharma, Inc. (collectively, "Actavis"); Defendants Andrx Labs, LLC., Andrx Corporation, Actavis, Inc. (collectively, "Andrx"); and Defendants Perrigo Company plc, Perrigo Company, L. Perrigo Company, and Paddock Laboratories, LLC (collectively, "Perrigo") hereby submit their Joint Claim Construction and Prehearing Statement concerning U.S. Patent Nos. 6,369,085 ("the '085 patent") and 7,411,070 ("the '070 patent") (collectively, the "patents-in-suit").

## I. Construction of Claim Terms on which the Parties Agree

In accordance with Local Patent Rule 4.3(a), the parties agree that, for purposes of this case, the term below should be construed as follows:

| Term Identified for Construction | Applicable Claims | Joint Proposed Construction |
|---|---|---|
| highly crystalline form | '085 patent, claims 2 and 4-12 | having a higher crystallinity than any other form of magnesium salt of S-omeprazole disclosed in the prior art[1] |

## II. Proposed Constructions of Disputed Claim Terms

In accordance with Local Patent Rule 4.3(b), each party's proposed construction for the disputed claim terms is as follows:

---

[1] Defendants reserve the right to contend at trial that this construction renders the claims in which this term appears invalid under 35 U.S.C. § 112.

| Term Identified for Construction | Applicable Claims | Plaintiffs' Proposed Construction | Actavis/Andrx's Proposed Construction | Perrigo's Proposed Construction |
|---|---|---|---|---|
| the magnesium salt of S-omeprazole trihydrate | '085 patent, claims 1-12 '070 patent, claims 1-4 | a trihydrate of a magnesium salt of S-omeprazole containing three molecules of water per molecule of magnesium salt of S-omeprazole | the magnesium salt of S-omeprazole in crystalline form containing three molecules of water of crystallization per molecule of magnesium salt of S-omeprazole | crystals of the magnesium salt of S-omeprazole trihydrate, substantially free from magnesium salts of R-omeprazole and other forms of magnesium salts of S-omeprazole |
| characterized by the following major peaks in its X-ray diffractogram | '085 patent claims 1-12 | identifiable by reference to an X-ray diffractogram that includes the major peaks below | exhibiting, within the range of normal experimental error, each of the following as major peaks in its X-ray diffractogram, each such peak falling within the range for relative intensity recited for that peak, such ranges being defined at Column 5, lines 28-39 | having each of the referenced major peaks in its X-ray powder diffractogram within normal experimental error |
| represented by FIG. 1 | '070 patent claims 2, 4 | represented by Figure 1 of the '070 patent | exhibiting an x-ray powder diffractogram that is the same as Figure 1 of the '070 patent, within normal experimental error | having an X-ray powder diffractogram that is the same as Figure 1 of the '070 patent within normal experimental error |

As required by Local Patent Rule 4.3(b), Exhibit A contains Plaintiffs' proposed constructions for each of these terms and identifies the intrinsic and extrinsic evidence on which Plaintiffs intend to rely to support their proposed constructions or to oppose Defendants' proposed constructions.

3

As required by Local Patent Rule 4.3(b), Exhibit B contains Actavis's and Andrx's proposed constructions for each of these terms and identifies the intrinsic and extrinsic evidence on which Actavis and Andrx intend to rely to support their proposed constructions or to oppose Plaintiffs' proposed constructions.

As required by Local Patent Rule 4.3(b), Exhibit C contains Perrigo's proposed constructions for each of these terms and identifies the intrinsic and extrinsic evidence on which Perrigo intends to rely to support its proposed constructions or to oppose Plaintiffs' proposed constructions.

### III. Significant or Dispositive Claim Terms

Local Patent Rule 4.3(c) requires the parties to identify the terms whose construction will be most significant to the resolution of the case and any disputed terms whose construction will be case or claim dispositive or substantially conducive to promoting settlement.

The parties identify "the magnesium salt of S-omeprazole trihydrate" as being most significant to the resolution of the case.

### IV. Anticipated Time Needed for the Claim Construction Hearing

Plaintiffs estimate that the Claim Construction Hearing will require approximately 3 hours divided equally between Plaintiffs (1.5 hours) and Defendants (1.5 hours).

Defendants estimate that the Claim Construction Hearing will require approximately 3.5 hours, divided between Plaintiffs (1.5 hours), Perrigo (1 hour) and Actavis/Andrx (1 hour).

### V. Identification of Witnesses for the Claim Construction Hearing

At this time, the parties do not anticipate calling any witnesses at the Claim Construction Hearing, but Plaintiffs reserve their right to call witnesses in the event that any defendant calls a witness, and each Defendant reserves their right to call witnesses in the event that Plaintiffs call a witness.

Dated: August 19, 2015

                                              Respectfully Submitted,

By: *s/John E. Flaherty*                      By: *s/Christine I. Gannon*
John E. Flaherty                                    Liza M. Walsh
Ravin R. Patel                                      Christine I. Gannon
MCCARTER & ENGLISH, LLP           CONNELL FOLEY LLP
Four Gateway Center                       One Newark Center
100 Mulberry Street                         1085 Raymond Blvd.
Newark, New Jersey 07102             19th Floor
(973) 622-4444                                    Newark, NJ 07102
                                                (973) 535-0500
Einar Stole                                          lwalsh@connellfoley.com
Edward H. Rippey                        cgannon@connellfoley.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.      Stephen A. Maddox
Washington, D.C. 20004-2401         Jeremy J. Edwards
(202) 662-6000                                    MADDOX EDWARDS PLLC
                                                1900 K Street NW, Suite 725
*Attorneys for Plaintiffs AstraZeneca AB,*    (202) 830-0707
*Aktiebolaget Hässle, AstraZeneca LP, and*   smaddox@meiplaw.com
*Zeneca Inc.*                                       jedwards@maiplaw.com

*Attorneys for Defendants, Actavis Laboratories Fl., Inc., Actavis Pharma, Inc., Actavis Inc., Andrx Labs, LLC and Andrx Corporation*

By:*s/ Melissa E. Flax*
Melissa E. Flax
Michael Cross
CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
MFlax@carellabyrne.com
MCross@carellabyrne.com

Steven H. Sklar
Kenneth P. Spina
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza
180 N. Stetson Ave., Suite 4900
Chicago, IL 60601

5

Telephone: (312) 616-5600
Facsimile: (312) 616-5700
ssklar@leydig.com
kspina@leydig.com

*Attorneys for Defendants, Perrigo Company plc, Perrigo Company, and L. Perrigo Company*